IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INFORMATION |
| v. | : | |
| | : | NO.  1:09-CR-554-JTC |
| JEFFREY L. LEVINE | : | |

## PETITION FOR LEAVE OF ABSENCE OF JACK WILLIAMS

COMES NOW Attorney Jack Williams ("Petitioner"), who is lead counsel for Jeffrey L. Levine, defendant in the above-styled case, and, pursuant to LCrR 57.1(E)(4), hereby petitions this Court for a leave of absence from January 25, 2010, through and including February 28, 2010, for the reason that Petitioner is scheduled to take the Florida Bar Examination on February 22 and 23, 2010.  The Bar Examination is administered in Tampa, Florida, and Petitioner will be out of his office beginning January 25, 2010 preparing for it.  Petitioner will return to his office on March 1, 2010.  A proposed Order for the Court is attached hereto.

Respectfully submitted, this 13th day of January, 2010.

**/s/ Jack Williams**_____
Jack Williams, GA Bar No. 762366
WOMBLE CARLYLE SANDRIDGE &
 RICE, PLLC
271 17th Street, NW
Suite 2400
Atlanta, GA  30363-1017
Telephone:  (404) 879-2428
Fax:  (404) 870-2414
E-mail:  jack.williams@wcsr.com

Attorneys for Jeffrey L. Levine

## **CERTIFICATE OF COMPLIANCE**

Counsel for Jeffrey Levine hereby certifies that the foregoing document was prepared in Time New Roman 14 point type, in compliance with Local Rule 5.1(C).

Dated this 13th day of January, 2010.

                                                **/s/ Jack Williams**
Jack Williams, GA Bar No. 762366
WOMBLE CARLYLE SANDRIDGE &
 RICE, PLLC
271 17th Street, NW
Suite 2400
Atlanta, GA  30363-1017
Telephone:  (404) 879-2428
Fax:  (404) 870-2414
E-mail:  jack.williams@wcsr.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2010, I electronically filed the Petition for Leave of Absence of Jack Williams with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following U.S. Attorneys of record:

Christopher Bly (chris.bly@usdoj.gov)

Gale McKenzie (gale.mckenzie@usdoj.gov)

/s/ Jack Williams_____
Jack Williams, GA Bar No. 762366
WOMBLE CARLYLE SANDRIDGE &
 RICE, PLLC
271 17th Street, NW
Suite 2400
Atlanta, GA  30363-1017
Telephone:  (404) 879-2428
Fax:  (404) 870-2414
E-mail:  jack.williams@wcsr.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INFORMATION |
| v. | : | |
| | : | NO. 1:09-CR-554-JTC |
| JEFFREY L. LEVINE | : | |

## ORDER GRANTING PETITION FOR LEAVE OF ABSENCE OF JACK WILLIAMS

The Court having read and considered the Petition for Leave of Absence of Jack Williams, and it appearing to the Court that the same is in order and in compliance with LCrR 57.1(E)(4), the same is hereby granted, and Jack Williams, lead counsel for defendant Jeffrey L. Levine, is hereby granted a leave of absence from January 25, 2010, through and including February 28, 2010.  The instant leave of absence granted pursuant to this Order does not extend previous filing deadlines nor relieve counsel from other deadline requirements imposed by the Court.

SO ORDERED, this _____ day of _____, 2010.


_____
JACK T. CAMP, Judge
United States District Court